Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; LES PROTEAU AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES;<br><br>Plaintiffs,<br><br>v.<br><br>RODEO DRYWALL, INC., a California Corporation, and TONY RODRIGUEZ, individually,<br><br>Defendants. | Case No.: C07-6344 MHP<br><br>**PROOF OF SERVICE ON SUMMONS** |

///

///

///

///

| ATTORNEY NAME<br>Muriel B. Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105<br><br>ATTORNEY FOR **PLAINTIFFS** | TELEPHONE NO.<br>(415) 882-7900 | | | |
|---|---|---|---|---|
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE<br>Bay Area Painters and Tapers Pension Fund, et al. -vs-<br>Rodeo Drywall, Inc., a California Corporation, and Tony<br>Rodriguez, individually | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07-6344 MPH |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; ECF Registration Information Handout; Welcome to the United States District Court, San Francisco; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties and Counsel; Dispute Resolution Procedures in the Northern District of California.

### Name: Tony Rodriguez

**Date of Delivery:** 12/19/07
**Time of Delivery:** 1:20 p.m.

**Place of Service:**   38721 Blacow Road
                        Fremont, CA 94536

**Manner of Service:** Personal Service – by handing documents to Tony Rodriguez.

---

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 20th, 2007 in San Francisco, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 821-1000

Signature: _____
Name: Jeffrey Dunst
Title: RPS, San Francisco Co. #1036

### PROOF OF SERVICE

| ATTORNEY NAME<br>Muriel B. Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 | |
|---|---|---|
| ATTORNEY FOR **PLAINTIFFS** | | |
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| SHORT NAME OF CASE<br>Bay Area Painters and Tapers Pension Fund, et al. -vs- Rodeo Drywall, Inc., a California Corporation, and Tony Rodriguez, individually | | |
| **PROOF OF SERVICE**  DATE:   TIME:   DEPT/DIV: | | CASE NUMBER:<br>C 07-6344 MPH |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; ECF Registration Information Handout; Welcome to the United States District Court, San Francisco; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties and Counsel; Dispute Resolution Procedures in the Northern District of California.

### Name: Rodeo Drywall, Inc.

**Date of Delivery:** 12/19/07
**Time of Delivery:** 1:20 p.m.

**Place of Service:**   38721 Blacow Road
                       Fremont, CA 94536

**Manner of Service:** Personal Service – by handing documents to Tony Rodriguez, Agent for Service of Process for Rodeo Drywall, Inc.

---

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 20th, 2007 in San Francisco, CA.

**Theresa's Messenger Service**
P.O. Box 190543
San Francisco, CA 94119
(415) 821-1000

Signature: _____
Name: Jeffrey Dunst
Title: RPS, San Francisco Co. #1036

### PROOF OF SERVICE