Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RODEO DRYWALL, INC. and TONY RODRIGUEZ,<br><br>Defendants. | Case No.: C07-6344 MHP<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF MURIEL B. KAPLAN IN SUPPORT** |

**TO THE CLERK:**

Please enter the default of defendants RODEO DRYWALL, INC., a California Corporation, and TONY RODRIGUEZ, individually, on the Complaint in the above-entitled action. This request is based on the fact that defendants have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

The Proofs of Service on defendants Rodeo Drywall, Inc. and Tony Rodriguez were electronically filed with this Court on January 2, 2008.

-1-
**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C07-6344 MPH**

No Answer or other response to the Complaint has been filed.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 14th day of January, 2008, at San Francisco, California.

                SALTZMAN & JOHNSON LAW CORPORATION

                By:_____/s/_____
                    Muriel B. Kaplan
                    Attorneys for Plaintiffs

IT IS SO ORDERED.

Date: _____     _____
                                         MARILYN H. PATEL
                                         UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On January 15, 2008, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT;
DECLARATION OF MURIEL B. KAPLAN IN SUPPORT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Rodeo Drywall, Inc.** | **Tony Rodriguez** |
| **38721 Blacow Road** | **38721 Blacow Road** |
| **Fremont, California 94536** | **Fremont, California 94536** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of January, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega