**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 23, 2008

RE:  CV 07-06344 MHP     BAY AREA PAINTERS-v- RODEO DRYWALL

Default is entered as to **Defendants Rodeo Drywall, Inc. And Tony Rodriguez** on **January 23, 2008**.

RICHARD W. WIEKING, Clerk

*Gina Agustine*
by Gina Agustine-Rivas
Case Systems Administrator

NDC TR-4  Rev. 3/89