Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RODEO DRYWALL, INC. and TONY RODRIGUEZ, <br><br> Defendants. | Case No.: C07-6344 MHP <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On January 24, 2008, I served the following document(s):

**CLERK'S ENTRY OF DEFAULT**

on the interested parties in said action by placing a true and exact copy of each document in a

-1-
**PROOF OF SERVICE**
**Case No.: C07-6344 MPH**

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\C07-6344 MPH Proof of Service 012408.DOC

1 | sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
2 | Francisco, California, addressed as follows:

        **Rodeo Drywall, Inc.**           **Tony Rodriguez**
        **38721 Blacow Road**          **38721 Blacow Road**
        **Fremont, California 94536**    **Fremont, California 94536**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of January, 2008, at San Francisco, California.

                                            _____/s/_____
                                                 Vanessa de Fábrega