Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RODEO DRYWALL, INC. and TONY RODRIGUEZ,<br><br>Defendants. | Case No.: C07-6344 MHP<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: March 24, 2008<br>Time: 4:00 p.m.<br>Dept.: Ctrm. 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |

Plaintiffs hereby request that the Case Management Conference, currently scheduled for Monday, March 24, 2008 at 4:00 p.m., be continued for 60-90 days. **TO 6/23/2008 AT 4:00 PM.**

1. The Clerk entered the default of the defendants on January 23, 2008.

2. In the event that this matter is not informally resolved, plaintiffs intend to file a Motion for Default Judgment.

///

///

-1-
**REQUEST TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No.: C07-6344 MPH**

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\C07-6344 MHP Request to Continue 031908.DOC

1 | 3. In an effort to keep the attorney's fees and costs at a minimum, plaintiffs respectfully request that the currently set Case Management Conference be continued for 60-90 days to allow for the filing of the Motion. **TO JUNE 23, 2008 AT 4:00 PM.**

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 19th day of March, 2008, at San Francisco, California.

                                              SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
       Michele R. Stafford
       Attorneys for Plaintiffs

IT IS SO ORDERED.

Date: \_3/20/2008_____    _____
                                                      MARILYN
                                                      UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On March 19, 2008, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Rodeo Drywall, Inc.**<br>**38721 Blacow Road**<br>**Fremont, California 94536** | **Tony Rodriguez**<br>**38721 Blacow Road**<br>**Fremont, California 94536** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 19th day of March, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**
**Case No.: C07-6344 MPH**

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\C07-6344 MHP Request to Continue 031908.DOC