1 | Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 | SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
3 | San Francisco, CA 94105
(415) 882-7900
4 | (415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
5 | mstafford@sjlawcorp.com

6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C07-6344 MHP |
|---|---|
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| RODEO DRYWALL, INC., et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman & Johnson Law Corporation, will relocate its office. The new address to which copies of all pleadings, notices, and other papers should be sent, **effective May 5, 2008**, is:

> Saltzman & Johnson Law Corporation
> **44 Montgomery Street, Suite 2110**
> **San Francisco, California 94104**
> Tel: 415-882-7900
> Fax: 415-882-9287

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\07-06344 MHP Notice of Change of Address 042908.DOC

-1-
**NOTICE OF CHANGE OF ADDRESS**
**Case No.: C07-6344 MHP**

1   Please note that the telephone and facsimile numbers have not changed.

2   Dated: April 29, 2008                    SALTZMAN & JOHNSON LAW COPORATION

3

4                                            _____/s/_____
                                             Muriel B. Kaplan
5                                            Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                                                          -2-
28                                                      **NOTICE OF CHANGE OF ADDRESS**
                                                              **Case No.: C07-6344 MHP**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 30, 2008, I served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Rodeo Drywall, Inc.**<br>**38721 Blacow Road**<br>**Fremont, CA 94536** | **Tony Rodriguez**<br>**38721 Blacow Road**<br>**Fremont, CA 94536** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of April 2008, at San Francisco, California.

_____/s/_____
Diana Sage

-3-
**NOTICE OF CHANGE OF ADDRESS**
**Case No.: C07-6344 MHP**

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\07-06344 MHP Notice of Change of Address 042908.DOC