Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RODEO DRYWALL, INC. and TONY RODRIGUEZ,<br><br>Defendants. | Case No.: C07-6344 MHP<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: June 23, 2008<br>Time: 4:00 p.m.<br>Dept.: Ctrm. 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |

Plaintiffs hereby request that the Case Management Conference, currently scheduled for Monday, June 23, 2008 at 4:00 p.m., be continued for 90-120 days.

1.   The Clerk entered the default of the defendants on January 23, 2008.

2.   At the time of the last conference, plaintiffs were in contact with Tony Rodriguez, who advised that he would submit his missing contribution reports (for the months of July, August and September 2007) "right away" and that he wanted to "work things out." I was prepared to either resolve this matter with the defendant, or, if necessary, file a Motion for Default Judgment.

-1-
**REQUEST TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No.: C07-6344 MPH**

No reports were received, despite multiple follow up contacts by this office and thus the Motion was not filed as anticipated.

3.   Due to the absence of the contribution reports, plaintiffs are unable to ascertain what amounts, if any, are owed to the Trust Funds.  Defendants have submitted all subsequent contribution reports (October, 2007 to present), advising that there were no employees working.

4.   I have spoken to one of the Business Representatives for District Counsel 16, who believes that Rodeo Drywall had work, and had Union employees working, during the time that he was reporting "0" due in contributions.

5.   As it appears that there may be inconsistencies in reporting, I am now requesting that an audit be performed of defendant's records.  Once the audit is complete, plaintiffs will file a Motion for Default Judgment as to any amounts found due.

6.   I am requesting that the Court continue the Case Management Conference to allow the audit to occur.  The audit is necessary to establish plaintiffs' damages in this action.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 11th day of June, 2008, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By:   _____/s/_____
         Michele R. Stafford
         Attorneys for Plaintiffs

IT IS SO ORDERED.

Date: _____     _____
                                                                                     MARILYN H. PATEL
                                                                                     UNITED STATES DISTRICT COURT JUDGE

-2-
**REQUEST TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No.: C07-6344 MPH**

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\C07-6344 MHP Request for Continuance 061108.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94101.

On June 11, 2008, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Rodeo Drywall, Inc.** | **Tony Rodriguez** |
| **38721 Blacow Road** | **38721 Blacow Road** |
| **Fremont, California 94536** | **Fremont, California 94536** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 11th day of June, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\C07-6344 MHP Request for Continuance 061108.DOC

-1-
**REQUEST TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**
**Case No.: C07-6344 MPH**