UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS, | No. C 07-06344 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |
| v. | |
| RODEO DRYWALL, | |
| Defendant(s). | |

The case management conference in this matter currently set for June 23, 2008, is hereby rescheduled to **July 10, 2008**, at **2:00** p.m. due to the unavailability of the Court.   The Joint Case Management Statement is due ten days prior to the conference. **Plaintiff shall serve this notice on all defendants NOT appearing on the service list.**

Richard W. Wieking
Clerk, U.S. District Court

*Frank Justiliano*

Dated:  June 18, 2008                         Frank Justiliano, Deputy Clerk to the
                                              Honorable Marilyn Hall Patel
                                              (415) 522-3140