Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RODEO DRYWALL, INC. and TONY RODRIGUEZ,<br><br>Defendants. | Case No.: C07-6344 MHP<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94101.

On June 18, 2008, I served the following document(s):

**CLERK'S NOTICE**
**(Rescheduling Case Management Conference)**

///
///
///

-1-
**PROOF OF SERVICE**
**Case No.: C07-6344 MPH**

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\C07-6344 MHP Proof of Service 061808.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

      **Rodeo Drywall, Inc.**        **Tony Rodriguez**
      **38721 Blacow Road**        **38721 Blacow Road**
      **Fremont, California 94536**    **Fremont, California 94536**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 18th day of June, 2008, at San Francisco, California.

                              _____/s/_____
                                  Vanessa de Fábrega