Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C07-6344 MHP |
| Plaintiffs, | **REQUEST TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE** |
| v. | Date: July 10, 2008 |
| RODEO DRYWALL, INC. and TONY RODRIGUEZ, | Time: 2:00 p.m. <br> Dept.: Ctrm. 15, 18th Floor <br> Judge: Hon. Marilyn Hall Patel |
| Defendants. | |

Plaintiffs hereby request that the Case Management Conference, currently scheduled for Thursday, July 10, 2008 be either continued or vacated so that Plaintiffs can file an Amended Complaint.

1.     As the Court is aware, despite multiple follow up contacts by this office the defendants have refused to produce their missing contribution reports.  The reports for the months of July 2007 – September, 2007 still have not been provided. All other contribution reports (starting with October, 2007) have reported that no employees were working for defendants.

2.    Due to the absence of the contribution reports, plaintiffs are unable to ascertain what amounts, if any, are owed to the Trust Funds.  Plaintiffs were hoping that Mr. Rodriguez would cooperate and produce the reports. Plaintiffs did not want to go to the expense and waste the Court's time in filing a Motion for Default if nothing is owed.

3.    As Mr. Rodriguez is just missing these three reports, and has repeatedly not provided them, Plaintiffs assume that there were hours worked and contributions are due.

4.    I have spoken to one of the Business Representatives for District Counsel 16, who believes that Rodeo Drywall had work, and had Union employees working, during the time that he was reporting "0" due in contributions.

5.    I have also spoken to two school districts and general contractors who advise that Mr. Rodriguez is doing work or has done work for them on various projects.

6.    As it appears that there may be inconsistencies in reporting, I have requested that an audit be performed of defendant's records.  Plaintiffs will file an Amended Complaint to address the audit issue.  Once the audit is complete, plaintiffs will file a Motion for Default Judgment as to any amounts found due.

7.    I am requesting that the Court either continue the Case Management Conference or Vacate it (setting a new schedule once the Amended Complaint is filed) to allow the audit to occur.  The audit is necessary to establish plaintiffs' damages in this action.

///
///
///
///
///
///
///
///
///
///

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\C07-6344 MHP Request for Continuance 063008.DOC

1     I declare under penalty of perjury that I am the attorney for the plaintiffs in the above

2  entitled action, and that the foregoing is true of my own knowledge.

3     Executed this 30th day of June, 2008, at San Francisco, California.

4                                        SALTZMAN & JOHNSON LAW CORPORATION

5

6                              By:     _____/s/_____
                                       Michele R. Stafford
7                                      Attorneys for Plaintiffs

8  IT IS SO ORDERED.

9

10 Date: _____     _____

11                                        MARILYN H. PATEL
                                          UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                              -3-
                                                            REQUEST TO CONTINUE
                                                     CASE MANAGEMENT CONFERENCE
                                                            Case No.: C07-6344 MPH

1

## PROOF OF SERVICE

2

3      I, the undersigned, declare:

4      I am a citizen of the United States and am employed in the County of San Francisco, State

5  of California.  I am over the age of eighteen and not a party to this action.  My business address is

6  44 Montgomery Street, Suite 2110, San Francisco, California 94104.

7

8      On June 30, 2008, I served the following document(s):

9
                        **REQUEST TO CONTINUE OR VACATE**
                        **CASE MANAGEMENT CONFERENCE**
10
on the interested parties in said action by placing a true and exact copy of each document in a
11
sealed  envelope  with  postage  thereon  fully  prepaid,  in  a  United  States  Post  Office  box  in  San
12
Francisco, California, addressed as follows:
13

14          **Rodeo Drywall, Inc.**              **Tony Rodriguez**
            **38721 Blacow Road**               **38721 Blacow Road**
15          **Fremont, California 94536**        **Fremont, California 94536**

16
        I  declare  under  penalty  of  perjury  that  the  foregoing  is  true  and  correct  and  that  this
17
declaration was executed on this 30th day of June, 2008, at San Francisco, California.
18

19

20                              _____/s/_____
                                    Vanessa de Fábrega
21

22

23

24

25

26

27

28                                                                    **-1-**
                                                    **REQUEST TO CONTINUE**
                                              **CASE MANAGEMENT CONFERENCE**
                                                    **Case No.: C07-6344 MPH**