Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RODEO DRYWALL, INC. and TONY RODRIGUEZ, <br><br> Defendants. | Case No.: C07-6344 MHP <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 8, 2008, I served the following document(s):

**ORDER on
REQUEST TO CONTINUE OR VACATE
CASE MANAGEMENT CONFERENCE**

///
///

-1-
**PROOF OF SERVICE
Case No.: C07-6344 MPH**

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\C07-6344 MHP Proof of Service 070808.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

4
5      **Rodeo Drywall, Inc.**           **Tony Rodriguez**
    **38721 Blacow Road**          **38721 Blacow Road**
6      **Fremont, California 94536**    **Fremont, California 94536**

7      I declare under penalty of perjury that the foregoing is true and correct and that this
8  declaration was executed on this 8th day of July, 2008, at San Francisco, California.
9
10
11                                        _____/s/_____
                                            Vanessa de Fábrega
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
**PROOF OF SERVICE**
**Case No.: C07-6344 MPH**