1 | Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
3 | San Francisco, CA 94104
(415) 882-7900
4 | (415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
5 | mstafford@sjlawcorp.com

6 | Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
7 | PENSION TRUST FUNDS, et al.

8

9 | UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | BAY AREA PAINTERS AND TAPERS
PENSION TRUST FUNDS, DISTRICT
COUNCIL 16 NORTHERN CALIFORNIA

Case No.: C07-6344 MHP

**PROOF OF SERVICE OF SUMMONS
RE AMENDED COMPLAINT**

13 | HEALTH AND WELFARE TRUST FUND,
DISTRICT COUNCIL 16 NORTHERN
14 | CALIFORNIA APPRENTICE AND
JOURNEYMAN TRAINING TRUST FUND,
15 | and THE JOINT BOARDS OF TRUSTEES;
LES PROTEAU, CHARLES DEL MONTE,
16 | and DOUG CHRISTOPHER, AS TRUSTEES;
and DISTRICT COUNCIL 16 OF THE
17 | INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES;
18

19 |     Plaintiffs,
20 | v.

21 | RODEO DRYWALL, INC., a California
Corporation, and TONY RODRIGUEZ,
22 | Individually,

23 |     Defendants.
24

25 | /////
26 | /////
27 | /////
28 | /////

**PROOF OF SERVICE OF SUMMONS
Case No.: C07-6344 MHP**
1

| ATTORNEY NAME<br>Muriel B, Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street Suite 2110<br>SAN FRANCISCO, CA 94104<br><br>ATTORNEY FOR: **Plaintiff** | TELEPHONE NO.<br><br>(415) 882-7900 |

**COURT**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SHORT NAME OF CASE
Bay Area Painters and Tapers Pension Fund, et al. v.
Rodeo Drywall, INC., a California Corporation, and Tony
Rodriguez, individually

| **PROOF OF SERVICE – Summons** | | COURT CASE NUMBER:<br>C07-6344 MHP |

I, Tim Sullivan, declare:

I am a registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates therein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

### I delivered a copy of the Summons and Amended Complaint to:

Rodeo Drywall, INC., a California Corporation
**38721 Blacow Road**
Fremont, California 94536

**Date of Service:**   July 2nd 2008
**Time of Service:**   6:30 pm

**Manner of Service:**   Substitute Service to Mrs.Rodriguez, Tony Rodriguez's wife and a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.

**In addition a copy of the Summons and Amended Complaint was mailed (by first-class, postage prepaid) to the above mentioned Defendant on July 7th , 2008 from San Francisco CA.**

---

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on July 10th 2008 at San Francisco, California.

**Godspeed Courier Services Inc**
2130 Folsom St.
San Francisco, CA 94110
(415) 821 1000

Signature:_____
Name: Tim Sullivan
Title: RPS, San Francisco #1053

## PROOF OF SERVICE

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| Muriel B. Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street Suite 2110<br>SAN FRANCISCO, CA 94104<br><br>ATTORNEY FOR: **Plaintiff** | (415) 882-7900 |

| COURT |
|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** |

| SHORT NAME OF CASE |
|---|
| Bay Area Painters and Tapers Pension Fund, et al. v.<br>Rodeo Drywall, INC., a California Corporation, and Tony<br>Rodriguez, individually |

| **PROOF OF SERVICE – Summons** | | COURT CASE NUMBER:<br>C07-6344 MHP |
|---|---|---|

I, Tim Sullivan, declare:

I am a registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates therein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the Summons and Amended Complaint to:

Tony Rodriguez
**38721 Blacow Road**
Fremont, California 94536

**Date of Service:** July 2nd 2008
**Time of Service:** 6:30 pm

**Manner of Service:** Substituted Service to Mrs.Rodriguez, Tony Rodriguez's wife, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed her of the general nature of the papers.

**In addition a copy of the Summons and Amended Complaint was mailed (by first-class, postage prepaid) to the above mentioned Defendant on July 7th, 2008 from San Francisco CA.**

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on July 10th 2008 at San Francisco, California.

**Godspeed Courier Services Inc**
2130 Folsom St.
San Francisco, CA 94110
(415) 821 1000

Signature:
Name: Tim Sullivan
Title: RPS, San Francisco #1053

## PROOF OF SERVICE