Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RODEO DRYWALL, INC. and TONY RODRIGUEZ,<br><br>Defendants. | Case No.: C07-6344 MHP<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF MURIEL B. KAPLAN IN SUPPORT THEREOF** |

TO THE CLERK:

Please enter the default of defendants RODEO DRYWALL, INC., and TONY RODRIGUEZ, individually on the Amended Complaint in the above-entitled action. This request is based on the fact that defendants have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

1. An Amended Complaint was filed by plaintiffs in this matter on July 1, 2008.

2. Defendants were sub-served on July 2, 2008, and process was mailed to defendants on July 7, 2008.

///

-1-
**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C07-6344 MPH**

3.     A Proof of Service on Summons was filed with the Court on July 10, 2008.

4.     No Answer has been filed by defendants.  Plaintiffs are therefore entitled to Entry of Default based on the fact that defendants have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 8th day of August, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:     _____/s/_____
        Muriel B. Kaplan
        Attorneys for Plaintiffs

-2-
**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C07-6344 MPH**

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\Amended Complaint\C07-6344 MHP Default Entry Request 080808.DOC

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 8, 2008, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT;
DECLARATION OF MURIEL B. KAPLAN IN SUPPORT THEREOF**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Rodeo Drywall, Inc.**<br>**38721 Blacow Road**<br>**Fremont, California 94536** | **Tony Rodriguez**<br>**38721 Blacow Road**<br>**Fremont, California 94536** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 8th day of August, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C07-6344 MPH**

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\Amended Complaint\C07-6344 MHP Default Entry Request 080808.DOC