**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

August 14, 2008

RE: CV 07-06344 MHP        BAY AREA PAINTERS-v- RODEO DRYWALL

Default is **entered** as to defendants Rodeo Drywall, Inc. and Tony Rodriguez as to Amended Complaint on 8/14/08.

RICHARD W. WIEKING, Clerk

by: Sheila Rash  
Case Systems Administrator

NDC TR-4  Rev. 3/89