Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RODEO DRYWALL, INC. and TONY RODRIGUEZ,<br><br>Defendants. | Case No.: C07-6344 MHP<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: September 8, 2008<br>Time: 3:00 p.m.<br>Dept.: Ctrm. 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |

Plaintiffs hereby request that the Case Management Conference, currently scheduled for Monday, September 8, 2008 at 3:00 p.m., be continued for 90-120 days.

1.  The Clerk entered the default of the defendants on January 23, 2008.

2.  At the time of the initial conference, plaintiffs were in contact with Tony Rodriguez, who advised that he would submit his missing contribution reports (for the months of July, August and September 2007) "right away" and that he wanted to "work things out." I was prepared to either resolve this matter with the defendant, or, if necessary, file a Motion for Default Judgment. No reports were received, despite multiple follow up contacts by this office and thus the Motion was not filed as anticipated.

3.      Due to the absence of the contribution reports, plaintiffs were unable to ascertain what amounts, if any, were/ are owed to the Trust Funds.  Defendants submitted all subsequent contribution reports (October, 2007 to present), advising that there were no employees working.

4.      I spoke to one of the Business Representatives for District Counsel 16, who believes that Rodeo Drywall had work, and had Union employees working, during the time that he was reporting "0" due in contributions.

5.      As it appeared that there may be inconsistencies in reporting, I requested that an audit be completed relative to Defendant's records.  I filed an Amended Complaint in this action, and defendant failed to respond.  The default as to the Amended Complaint was entered on August 14, 2008.

6.      The audit was completed as of last week. The auditors sent the report to the defendant for comment, and payment.  I am currently waiting for defendant's response to the audit.

7.      I am requesting that the Court continue the Case Management Conference to allow the defendant to reply to the audit and provide any contrary documentation in his possession. Thereafter, I am hopeful that this matter can be resolved, possibly by a payment plan. If not, as I now know the exact amounts due, I will file a Motion for Default Judgment.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 2nd day of September, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:    _____/s/_____
       Michele R. Stafford
       Attorneys for Plaintiffs

IT IS SO ORDERED.

Date: _____        _____
                                      MARILYN H. PATEL
                                      UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94101.

On September 2, 2008, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Rodeo Drywall, Inc.**  
**38721 Blacow Road**  
**Fremont, California 94536**

**Tony Rodriguez**  
**38721 Blacow Road**  
**Fremont, California 94536**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 2nd day of September, 2008, at San Francisco, California.

_____/s/_____  
Vanessa de Fábrega