1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10                    UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  BAY AREA PAINTERS AND TAPERS          Case No.: C07-6344 MHP
    PENSION FUND, et al.,
14                                        **PROOF OF SERVICE**
            Plaintiffs,
15
    v.
16
    RODEO DRYWALL, INC. and TONY
17  RODRIGUEZ,

18          Defendants.

19

20          I, the undersigned, declare:

21          I am a citizen of the United States and am employed in the County of San Francisco, State

22  of California.  I am over the age of eighteen and not a party to this action.  My business address is

23  44 Montgomery Street, Suite 2110, San Francisco, California 94104.

24
25          On September 4, 2008, I served the following document(s):

26                            **ORDER on**
            **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
27  ///
    ///
28  ///

                                                                        **-1-**
                                                              **PROOF OF SERVICE**
                                                         **Case No.: C07-6344 MPH**

1  on the interested parties in said action by placing a true and exact copy of each document in a

2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

3  Francisco, California, addressed as follows:

4
5  **Rodeo Drywall, Inc.**              **Tony Rodriguez**
   **38721 Blacow Road**               **38721 Blacow Road**
6  **Fremont, California 94536**       **Fremont, California 94536**

7       I declare under penalty of perjury that the foregoing is true and correct and that this

8  declaration was executed on this 4th day of September, 2008, at San Francisco, California.

9
10
11                    _____/s/_____
                           Vanessa de Fábrega
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\C07-6344 MHP Proof of Service 090408.DOC